Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| JOSIMAR FERREIRA CANDIDO | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 25-cv-867 |
| v. | |
| BONDI et al, | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that the Court grants Respondents' motion to dismiss (Dkt. 19) and denies the relief requested in the petition.

| | |
|---|---|
| Date: December 5, 2025 | MARY C. LOEWENGUTH <br> CLERK OF COURT |
| | By: s / Donna <br>      Deputy Clerk |